UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TERRENCE WOGAN, II,
    Plaintiff,

vs.                                              Case No.: 3:22cv18819/TKW/ZCB

BRANCH MESSENGER, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding *pro se*, filed this action on September 27, 2022. (Doc. 1). That same day, Plaintiff filed a motion for leave to proceed *in forma pauperis* (Docs. 2, 3), which the Court denied (Doc. 6). The Court directed Plaintiff to pay the filing fee in full within thirty days. (*Id.*). The Court also instructed Plaintiff that his failure to pay the filing fee as instructed may result in dismissal of this action. (*Id.* at 2).

Plaintiff did not pay the filing fee as directed. Therefore, on November 1, 2022, the Court ordered Plaintiff to show cause, within thirty days, why the case should not be dismissed for his failure to comply with an order of the Court. (Doc. 7). The time for compliance with the show cause order has expired, and Plaintiff has neither responded to the order nor paid the filing fee.

Accordingly, it is respectfully **RECOMMENDED** that:

1

1. This case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court. *See* N.D. Fla. Loc. R. 41.1 (authorizing dismissal when "a party fails to comply with an applicable rule or court order"); *see also Frith v. Curry*, 812 F. App'x 933, 935 (11th Cir. 2020) (affirming dismissal where the plaintiff failed to pay the initial partial filing fee and failed to respond to a magistrate judge's order to show cause as to why the filing fee had not been paid); and

2. All pending motions be **DENIED** as moot.

At Pensacola, Florida, this 12th day of December 2022.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**